January 22, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

ISABEL CAMPBELL, Appellant

NO. 14-13-01105-CV              V.

AMANDA DUFFY MABRY, INDIVIDUALLY AND AS INDEPENDENT
EXECUTRIX OF THE ESTATE OF AUSTIN R. DUFFY, Appellee

_____

This cause, an appeal from the judgment signed November 26, 2013 in favor of appellee Amanda Duffy Mabry, Individually and as Independent Executrix of the Estate of Austin R. Duffy, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order that all costs incurred by reason of this appeal be paid by appellee Amanda Duffy Mabry, Individually and as Independent Executrix of the Estate of Austin R. Duffy.

We further order this decision certified below for observance.